CHARLES C. JACQUIN, Respondent, v. SYRACUSE AUTO RENTAL AND TAXICAB CORPORATION and Another, Appellants.*

PER CURIAM. We are of the opinion that the judgment appealed from is correct. (*Gochee* v. *Wagner*, 232 App. Div. 401, 403; revd. on other grounds, 257 N. Y. 344.) If an appeal had been taken from the judgment entered pursuant to the verdict directed at the trial we would have the power to reverse it and grant the same judgment now here on appeal (Civ. Prac. Act, § 584), both parties having moved for a direction of a verdict. Therefore, we have decided to overlook any irregularity in the practice followed at Special Term — and to reach what we deem to be a correct result by affirming the judgment appealed from. All concur. Judgment affirmed, without costs of this appeal to either party.

JULIUS J. HOJNACKI, Respondent, v. FRED FISHER, Appellant, and Another, Defendant.— Order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the ground that under the evidence in the case there is no basis for a finding of an implied consent. It was express consent or none.

HELEN M. BARRY, Appellant, v. WARNOCK & ZAHRNDT, INCORPORATED, Respondent.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE FREDERICKS, Respondent, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed, writ of habeas corpus dismissed and relator remanded to the custody of the warden of Auburn State Prison to complete the service of his original sentence according to law. (See *People ex rel. Gaczewski* v. *Jennings*, 223 App. Div. 78; *People* v. *Rosen*, 208 N. Y. 169.) All concur.